IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| D'Jaris Albert, as Personal Representative of the Estate of D'Jon Ricardo Albert, | ) ) ) ) | Civil Action No.: 3:05-3390-CMC |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL OF** <br> **PALMETTO HEALTH ALLIANCE** |
| United States of America and Palmetto Health Alliance; | ) ) ) | |
| Defendants. | ) ) | |

IT APPEARING that the above-entitled matter has been settled by compromise between the plaintiff and defendant Palmetto Health Alliance hereto,

NOW, THEREFORE, upon Motion of Sowell Gray Stepp & Laffitte, LLC, attorneys for the defendant, Palmetto Health Alliance, by and with the consent of the undersigned attorney for the plaintiff,

IT IS SO ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint in the above-entitled action be dismissed, with prejudice. Both sides agree that each party will bear its own costs and attorneys fees in this matter.

AND IT IS SO ORDERED.

s/Cameron McGowan Currie
UNITED STATES DISTRICT JUDGE

Columbia, SC
October 17, 2006

WE SO MOVE:

SOWELL GRAY STEPP & LAFFITTE, LLC

BY:   s/ Monteith P. Todd
        Monteith P. Todd
        Fed. ID No. 3125
        1310 Gadsden Street
        Post Office Box 11449
        Columbia, SC 29211
        Tel: (803) 929-1400
        Fax: (803) 929-0300
        Email: mtodd@sowell.com
   Attorneys for Defendant, Palmetto Health Alliance

GERGEL, NICKLES & SOLOMON, PA

BY:  s/ Richard M. Gergel
        Richard Mark Gergel
        Fed. ID No.
        1519 Richland Street
        Post Office Box 1866
        Columbia, SC  29202
   Attorneys for Plaintiff

OFFICE OF THE U.S. ATTORNEY

BY:  s/ R. Emery Clark
        R. Emery Clark
        Assistant United States Attorney
        Wachovia Building, Suite 500
        1441 Main Street
        Columbia, SC  29201
Attorney for Defendant, United States of America